JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AMGUARD INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

vs.

ASMA AZIMI, individually and dba ADVANCED REGENERATIVE MEDICAL CENTER, a California citizen,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-05832-SVW-AGR

**ORDER RE DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation Re Dismissal with Prejudice filed by Plaintiff and Counter-Defendant AmGUARD Insurance Company and Defendant and Counter-Claimant Asma Azimi, and good cause appearing, this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 17, 2026

_____
Hon. Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE